**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Mark McGriff, Board of Trustees Chairman, and Doug Curts, Board of Trustees Secretary, on behalf of INDIANA CARPENTERS PENSION FUND; et al.,** ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 1:18-cv-2895-WTL-MPB |
| ) | |
| **SUMMIT CIVIL SERVICES, LLC and ERIC B. DODD,** ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S FRCP, RULE 41(a)(1)(i), NOTICE OF DISMISSAL**

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and Doug Curts, Board of Trustees Secretary, on behalf of INDIANA CARPENTERS PENSION FUND; Mark McGriff, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; Mark McGriff, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; Mark McGriff, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF**

**CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA;** and, **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS**, by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD**., move pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(i), to voluntarily dismiss without prejudice this action against Defendants **SUMMIT CIVIL SERVICES, LLC and ERIC B. DODD** without prejudice.

In the interest of the parties and this Court, Plaintiffs hereby file this FRCP, Rule 41(a)(1)(i), Notice of Dismissal without prejudice.

For the above stated reasons, Plaintiffs' FRCP, Rule 41(a)(1)(i), Notice of Dismissal should be granted.

Respectfully submitted,

**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

By _____/s/ Paul T. Berkowitz_____
       **PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49
paul@ptblaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

None.

I hereby certify that on October 17, 2018, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Summit Civil Services, LLC
>c/o CT Corporation System, its Registered Agent
>150 W. Market Street, Ste. 800
>Indianapolis, IN  46204

>Eric B. Dodd
>2200 Speaker Road
>Evansville, IN  47712

>/s/ Paul T. Berkowitz

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49